# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ELLIS MCWHORTER and JOHANNA MCWHORTER,**

        **Plaintiffs,**

**-vs-**                                                              **Case No. 6:08-cv-1978-Orl-31KRS**

**MILLER, EINHOUSE, RYMER & BOYD, INC.; JEFFREY EINHOUSE, BARRY RYMER, STEVE BOYD, DIRK MOHLE, CHAD CHILDS, MARY SCHMIDT, STEVE BESELY, CHRIS KENNEDY, ADAM BABBITT and ANDREW ADAMS,**

        **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **DEFENDANTS' UNOPPOSED MOTION TO STRIKE PLAINTIFFS ALLEGATIONS AND CLAIMS OF PUNITIVE DAMAGES (Doc. No. 6)** |
| **FILED:** | December 2, 2008 |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

Defendants argue that Plaintiffs have not satisfied the pleading requirements of section 768.72, Fla. Stat., which is necessary to support a claim for punitive damages. Doc. No. 6 at 2-3. Defendants cite two 1997 decisions of this Court supporting this proposition. However, the United States Court of Appeals for the Eleventh Circuit subsequently held that section 768.72 is a procedural statute that

does not apply to proceedings in federal court. *Cohen v. Office Depot, Inc.*, 184 F.3d 1292, 1299 (11th Cir. 1999), *modified on other grounds*, 204 F.3d 1069 (11th Cir. 2000).[1]

**DONE** and **ORDERED** in Orlando, Florida on December 3, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants indicate Plaintiffs do not oppose the relief requested in the instant motion. Although not required to do so under the Eleventh Circuit's holding in *Cohen*, Plaintiffs are free to withdraw the allegations and claims of punitive damages in a separate filing.